IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-1849-WJM

CYNTHIA QUINTERO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

**ORDER VACATING ORDER AFFIRMING ADMINISTRATIVE LAW JUDGE'S DECISION, REMANDING TO THE COMMISSIONER, AND DIRECTING ENTRY OF JUDGMENT**

This matter is before the Court on the Mandate issued by the U.S. Court of Appeals for the Tenth Circuit. (ECF No. 27.) On August 2, 2013, this Court affirmed the Commissioner's decision denying Plaintiff Cynthia Quintero's ("Plaintiff") application for Social Security disability and supplemental security income benefits. (ECF No. 18.) On the same day, Final Judgment was entered in favor of the Commissioner and against Plaintiff. (ECF No. 19.)

On June 5, 2014, after reviewing Plaintiff's appeal, the Tenth Circuit issued an Order and Judgment remanding the matter to this Court with instructions to remand to the Commissioner for further proceedings. (ECF No. 27.) The Mandate was issued on July 28, 2014. (ECF No. 28.)

Accordingly, IT IS ORDERED that the Final Judgment (ECF No. 19) is hereby VACATED and this matter is REMANDED to the Commissioner for further proceedings

in accordance with the Tenth Circuit's decision.  The Clerk shall enter judgment against the Commissioner and in favor of Plaintiff.  Plaintiff shall have her costs.

Dated this 5th day of August, 2014.

BY THE COURT:

William J. Martinez
United States District Judge