IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-1849-WJM

CYNTHIA QUINTERO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES

On February 25, 2016, the Tenth Circuit reversed this Court's previous denial of attorneys' fees under the Equal Access to Justice Act.  (*See* ECF No. 43 (reversing ECF No. 36).)  The Tenth Circuit issued its mandate on April 18, 2016.  (ECF No. 45.)  Currently before the Court is Plaintiff's Unopposed Motion for Attorneys' Fees.  (ECF No. 44.)

Considering the Tenth Circuit's ruling and the Commissioner's non-opposition to Plaintiff's current request for attorneys' fees:

1. Plaintiff's Unopposed Motion for Attorneys' Fees (ECF No. 44) is GRANTED; and

2. The Commissioner shall pay attorneys' fees under the Equal Access to Justice Act in the amount of $15,179.38 made payable to Plaintiff and delivered to Plaintiff's attorney.

Dated this 19th day of April, 2016.

BY THE COURT:

_____
William J. Martinez
United States District Judge